

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2014

No. 04-14-00272-CR

Raymond Paul **SCHMIDT**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6225
Honorable Andrew Carruthers, Judge Presiding

## O R D E R

This is an appeal from appellant's conviction under section 38.04 of the Texas Penal Code. Appellant's brief was due July 9, 2014. Instead of filing the brief, on July 9, 2014, appellant filed a "Motion for Abatement Until Decision by Court of Criminal Appeals." In the motion, appellant contends that the issue in this appeal — the constitutionality of section 38.04 of the Texas Penal Code — has been recently resolved against appellant's position by the Court of Criminal Appeals in *Ex parte Jones*. However, a motion for rehearing has been filed. Appellant asserts that if the rehearing is denied, meaning the issue at hand is resolved against appellant, his counsel will file a brief pursuant to *Anders v. California*. However, if the rehearing is granted and the court reverses itself, a full brief on the merits relying on *Jones* will be filed. Based on the pending rehearing in *Jones*, and its applicability to the present appeal, appellant requests that we abate this appeal until "two weeks after the Court of Criminal Appeals issues its mandate in *Ex parte Jones*."

After reviewing the motion, we agree that abatement is warranted and would save judicial time and resources. Accordingly, we **GRANT** appellant's motion in part and **ORDER** this appeal **ABATED**. We **ORDER** appellant to notify this court in writing no later than five days after the date the mandate issues in *Ex parte Jones*. Upon notification, the appeal will be reinstated by order of this court. At that time, the court will set a new briefing deadline for appellant's brief.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court